UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:16-CR-00011-BR-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAROLD CLYDE GRIFFIN, JR. | ORDER |

This matter is before the court on the notice of the Office of the Federal Public Defender of defendant's request for appointment of counsel in <u>United States v. Griffin's Personal Property</u>, No. 2:17-CV-19-BO. (DE # 73.) Because defendant's request does not pertain to the instant case (which has been closed since February 2017), the CLERK is DIRECTED to file the notice in Case No. 2:17-CV-19-BO.

This 10 July 2017.

_____
W. Earl Britt
Senior U.S. District Judge